**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**JS-6**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 26-7577-JFW(MARx)** Date: August 21, 2026

Title: Ryan Jewel Canady -*v*- Westlake Services LLC

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

On July 27, 2026, the Court ordered *Pro Se* Plaintiff Ryan Jewel Canady ("Plaintiff") to show cause, in writing, by August 7, 2026, why this action should not be dismissed for lack of subject matter jurisdiction (the "OSC"). Plaintiff failed to timely respond and still has not responded to the Court's OSC. In the OSC, the Court expressly warned that "[f]ailure to respond to the Order to Show Cause will result in the dismissal of this action for lack of subject matter jurisdiction." Accordingly, this action is **DISMISSED** for lack of subject matter jurisdiction.

IT IS SO ORDERED.



Initials of Deputy Clerk jloz